

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 0 5 2012

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>      vs.<br><br>TRAVIS CHELBERG,<br><br>                  Defendant. | CASE NO. 10CR1753-BTM<br><br>**JUDGMENT OF DISMISSAL** |

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_    the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_    the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_    the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offense(s) as charged in the Indictment/Information:

    18:113(a)(3) and 7(3) - Assault With a Dangerous Weapon Within Special Maritime and Territorial Jurisdiction(1);
    18:113(a)(6), 1365(h)(3)(c) and 7(3) - Assault Resulting in Serious Bodily Injury Within Special Maritime and Territorial Jurisdiction(2)

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 02/24/2012

                                      Barry Ted Moskowitz  3-2-2012
                                      U.S. District Judge